# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 16, 2008

135402

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

ANDRE FARAH BOND,
     Defendant-Appellant.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 135402
COA: 267679
Washtenaw CC: 05-000093-FH

On May 7, 2008, the Court heard oral argument on the application for leave to appeal the October 16, 2007 judgment of the Court of Appeals. On order of the Court, the application is again considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

CAVANAGH and KELLY, JJ., would grant leave to appeal.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 16, 2008

_____
Clerk

p0513